PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.

Martin Dean Carr

CASE No. 3:11-cr-00083-ART -CSD

On February 12, 2019 the above named was placed on supervised release for a period of 20 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he/she be discharged from supervised release.

Respectfully submitted,

Amanda Stevens
2026.09.16 10:56:07
-07'00'

Amanda Stevens
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 16th day of September, 2026

Anne Traum
United States District Judge